IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TRAVELERS INDEMNITY COMPANY                                        PETITIONER

V.                                                    CIVIL ACTION NO. 4:18CV008-SA-JMV

BRUSHY LAKE FARMS, ET AL.                                          RESPONDENTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on January 24, 2018. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 26th day of January, 2018.

                                              /s/ Sharion Aycock
                                              **U.S. DISTRICT JUDGE**